```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

MIGUEL TEJADA,

       Plaintiff,            CIVIL ACTION

  v.                           NO. 1:11-CV-4519-CAP

LOWE'S HOME CENTERS, INC.,

       Defendant.

## O R D E R

This matter is before the court following the filing of the plaintiff's first amended complaint [Doc. No. 18]. Because the amended complaint supersedes and abandons the original complaint, Pintado v. Miami-Dade Hous. Agency, 501 F.3d 1241, 1243 (11th Cir. 2007), the defendants' motion to dismiss the original complaint [Doc. No. 9] and the plaintiff's motion for extension of time to respond [Doc. No. 16] are DISMISSED as moot.

SO ORDERED, this 27th day of August, 2012.


                                     /s/ Charles A. Pannell, Jr.
                                     CHARLES A. PANNELL, JR.
                                     United States District Judge