UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MIGUEL TEJADA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | File No. 1:11-cv-04519-CAP |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| LOWE'S HOME | ) | |
| CENTERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSAL OF CLAIMS

This action came before the Court on the parties' Joint Motion For Approval Of FLSA Settlement And Dismissal With Prejudice Of Claims.

Therein, the parties properly sought final approval of the terms of their Settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.") (citations omitted).

Having reviewed the Joint Motion and Brief In Support thereof, the record, and the details of the settlement, the Court concludes that the terms of the settlement are (1) fair to the named Plaintiff; (2) reflects a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good-faith intention by the parties that the Plaintiff's claims be fully and finally resolved.

Accordingly, the motion is GRANTED, and the settlement is hereby APPROVED by the Court as a final, fair, adequate and reasonable resolution of this Action;

IT IS FURTHER ORDERED that the Settlement Agreement is incorporated into this Order as if fully set forth herein, and Defendant shall make payments to Plaintiff and Plaintiff's counsel as set forth in the Settlement Agreement;

IT IS FURTHER ORDERED that that this matter be dismissed with prejudice.

Dated: _____June 24_____, 2013

/s/Charles A. Pannell, Jr.
Honorable CHARLES A. PANNELL, JR.
United States District Court

2